UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| EUGENE GUERRE, JR., GENESIS WEIGHT LOSS CENTERS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CYNOSURE, LLC, <br><br> Defendant. | Case No. |

## DISCLOSURE STATEMENT OF CYNOSURE, LLC

The undersigned counsel for Defendant Cynosure, LLC ("Cynosure"), in compliance with Fed. R. Civ. P. 7.1(a) and Local Rule 3.03 certifies the following:

1. Cynosure is a Delaware limited liability company.

2. Cynosure's sole member is Lotus Buyer, Inc. ("Lotus").

3. Lotus was incorporated in Delaware on November 15, 2019 and maintains its principal offices there. It is not publicly traded.

4. Lotus is wholly owned by Lotus Midco, Inc. ("Lotus Midco"). Lotus Midco is not publicly traded.

5. Lotus Midco is wholly owned by Lotus Parent, Inc. ("Lotus Parent"). Lotus Parent is not publicly traded.

1

6. Lotus Parent is wholly owned by Clayton, Dubilier & Rice Holdings, L.P. ("CD&R"). CD&R is not publicly traded.

7. No other parent corporation or publicly held corporation owns more than ten percent of Cynosure's stock.

8. Cynosure is not aware of any person or entity listed in Local Rule 3.03(a)(1) that has or may have an interest in the outcome of this case.

9. Cynosure is not aware of any entity with publicly traded shares or debt that would potentially be affected by the outcome of this case.

10. Cynosure is not aware of any other entity that would be likely to actively participate in this case.

11. Cynosure is not aware of any person that is or may be eligible for restitution.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 9th day of November, 2022.

/s/ Rachael S. Loukonen
Rachael Loukonen, Esq.
Florida Bar No. 0668435
CHEFFY PASSIDOMO, P.A.
821 Fifth Avenue South
Naples, FL 34102
T: (239) 261-9300
F: (239) 261-9782
rloukonen@napleslaw.com
*Attorney for Defendant Cynosure, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I served a copy of the foregoing via U.S. Mail to the following:

Jake C. Blanchard
Florida Bar No. 55438
jake@jakeblanchardlaw.com
Steven R. Cozzi
Florida Bar No. 125836
steve@jakeblanchardlaw.com
BLANCHARD LAW, P.A.
1501 Belcher Rd. S., Unit 6B
Largo, FL 33771
T: (727) 531-7068
F: (727) 535-2086
*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　/s/ *Rachael S. Loukonen*
　　　　　　　　　　　　　　　　　　Rachael S. Loukonen
　　　　　　　　　　　　　　　　　　*Attorney for Defendant Cynosure, LLC*